**Order entered June 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01068-CV

## IN RE LA'KEISHA T. HILBURN, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-12951**

## ORDER

Before the Court is relator's February 12, 2021 second amended petition for writ of habeas corpus. The Court requests that any party desiring to file a response to the second amended petition do so on or before **July 21, 2021**. *See* TEX. R. APP. P. 52.4.

The Court **DIRECTS** the Clerk to send copies of this order to the Honorable David Lopez, Presiding Judge, 256th Judicial District Court; and to counsel for the parties.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE